FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 DEC 13 AM 11:06

CLERK
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

WARREN LOKEY,                          )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )  CASE NO. CV411-146
                                       )
DRAYPROP, LCC; DRAYPARK, LLC;          )
MICHAEL BROWN; REUBEN CROLL;           )
MARLEY MANAGEMENT, INC.; and           )
MOPPER-STAPEN, INC.;                   )
                                       )
        Defendants.                    )
                                       )

## O R D E R

Before the Court is the parties' "Stipulation of Dismissal as to Defendant Mopper-Stapen, Inc." (Doc. 44.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As this requirement is satisfied, this action against Defendant Mopper-Stapen, Inc. is **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own attorneys' fees and expenses. This Order does not affect Plaintiff's claims against the remaining defendants or defendants' ability to request Defendant Mopper-Stapen, Inc. be included in any apportionment of damages.

SO ORDERED this *13*ᵗʰ day of December 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA