AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

Warren Lokey,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV411-146,

Drayprop, LLC, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 9/24/14, granting the defendants' motion for summary judgment, judgment is hereby entered dismissing the case.



9/24/14
*Date*

Clerk

(By)

GAS Rev 10/1/03